| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | MICHELLE J. KANE (CABN 210579)<br>Assistant United States Attorney |

**Filed**

MAY 0 7 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 10-00603 ~~EXE~~ EJD |
|---|---|
| Plaintiff, | ) REQUEST FOR LEAVE AND NOTICE OF<br>) DISMISSAL; [~~PROPOSED~~] ORDER. |
| v. | ) |
| ANDREW ANG | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to defendant Andrew Ang. Co-defendant Paul Devine has previously been convicted and sentenced. ECF No. 70.

The government also requests that the Court quash the arrest warrant issued for defendant Ang in connection with the indictment.

DATED: May 5, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DAVID R. CALLAWAY
Chief, Criminal Division

NOTICE OF DISMISSAL & [PROPOSED] ORDER
(CR 10-603 ~~EXE~~ EJD)

**[~~PROPOSED~~] ORDER**

Leave is granted to the government to dismiss the indictment as to defendant Andrew Ang without prejudice. It is further ordered that the arrest warrant issued for Andrew Ang in connection with the indictment is quashed.

Date: 5/7/15

EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL & [PROPOSED] ORDER
(CR 10-603 EXE) EJD

2